# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130873

JUDITH M. BONDIE,
      Plaintiff-Appellee,

v

ROBERT SALTSMAN, and
NOVODYNAMICS, INC., f/k/a
NONLINEAR DYNAMICS, INC.,
      Defendants-Appellants.

SC: 130873
COA: 257218
Washtenaw CC: 02-001356-CZ

_____/

On order of the Court, the application for leave to appeal the February 23, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

_____
Clerk

d0724